

*Fulfilling the Promise Since 1876*

October 4, 2012

FLINT & KAY COX
& COX PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305

RE:   INSURED: FLINT & KAY COX
      POLICY#: 8877538
      DATE OF LOSS: 05 / 20 / 11
      RE: 235 HWY 45 BYP, HUMBOLDT, TN

Dear Mr. Cox:

Enclosed is the appraisal form signed by our appraiser, John Chianese.

Please have your appraiser sign the enclosed form to acknowledge their appointment and return. Please remember, the policy plainly states an appraiser is to be competent and impartial. Once we have confirmation of your appraiser, the two appraisers can begin working toward agreeing on an umpire. If the appraisers cannot agree on an umpire, one will have to be appointed by the court.

Please contact me if you have any questions.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com

CC:   John Chianese

P.O. Box 353 • Van Wert, OH 45891-9938 • 419/238-1010 • www.central-insurance.com

6-1352 04/03

EXHIBIT #5

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between **Flint Cox, Kay Cox and Cox Paradise LLC**
and **Central Mutual Insurance Company** (insured)
(Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a **wind** (Peril) loss on **5/20/2011** (Month, Day, Year)
to the insured item(s) item(s): **Building. Questions regarding both related wind damage and cost of related repairs. Plus pre-existing**
located at **235 Hwy 45 Bypass Humboldt, TN** (Address of Insured Dwelling) and insured by Policy Number **8877538**, effective **10/22/2010** to **10/22/2011**

_____ (Insured)      _____Sam Brown_____ (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ (Name) _____ (Phone)
_____ (Address)
as his/her competent and disinterested appraiser.

The Insurance Company hereby selects **John Chianese** (Name) **828-779-2270** (Phone)
**47 Cherokee Trail, Fletcher, NC 28732** (Address)
as its competent and disinterested appraiser.

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____ (Year).

_____ (Notary Public)

5-1871 05/01



*Fulfilling the Promise Since 1876*

October 4, 2012

MR. FLINT COX
COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:   INSURED: COXS PARADISE LLC
      POLICY#: 8629647
      DATE OF LOSS: 05 / 20 / 11


Dear Mr. Cox:

Enclosed are the appraisal forms signed by our appraiser, John Chianese. The property addresses for this claim are:

219 Hwy 45 W, Humboldt
221 Hwy 45 W, Humboldt
185 Hwy 45 W, Humboldt
179 Hwy 45 W, Humboldt
2228 North Pkwy, Jackson
58 Truck Center Dr., Jackson
58 Truck Center Dr., Jackson
58 Truck Center Dr., Jackson
58 Truck Center Dr., Jackson

Please have your appraiser sign the enclosed forms to acknowledge their appointment and return. Please remember, the policy plainly states an appraiser is to be competent and impartial. Once we have confirmation of your appraiser, the two appraisers can begin working toward agreeing on an umpire. If the appraisers cannot agree on an umpire, one will have to be appointed by the court.

Please contact me if you have any questions.


Sincerely,

*David Brown*

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist

```
All America Insurance Company
PHONE:     (800)549-0213
FAX:       (800)877-2293
E-MAIL:    dbrown@central-insurance.com
```

CC:   John Chianese

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__
and __All America Insurance Company__ _(insured)_
(Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ loss on __May 20, 2011__
(Peril) (Month, Day, Year)
to the insured item(s) item(s): __building - Question to related wind, pre-exist-ing and cost of repairs for direct damage.__
located at __219 Hwy 45 W  Humboldt, TN  (2 bldg)__ and insured by Policy Number
__862 9647__, effective __4/1/11__ to __4/1/12__,
(Address of Insured Dwelling) (Month, Day, Year) (Month, Day, Year)

__@__ _____   _____
(Insured)                                 (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ _____
                              (Name)                    (Phone)

as his/her competent and disinterested appraiser. _____
                                                   (Address)

The Insurance Company hereby selects __John Chianese__   __828-779-2270__
__47 Cherokee Trail   Fletcher, NC  28732__
(Name)                (Phone)
as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____
(Appraiser)

_____
(Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____.
                                                                      (Year)

_____
(Notary Public)

5-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__
                                         (Insured)
and __All America Insurance Company__ that a disagreement exists as to the actual cash value, the
(Insurance Company)
amount of loss, or the cost or repair or replacement as a result of a __wind__ loss on __May 20, 2011__
                                                                      (Peril)                    (Month, Day, Year)
to the insured item(s) item(s): __building - Question to related wind, pre-exist-__
__ing and cost of repairs for direct damage.__
located at __221 Hwy 45 W, Humboldt, TN__ and insured by Policy Number
           (Address of Insured Dwelling)
__8629647__, effective __4/1/11__ to __4/1/12__,
                      (Month, Day, Year)   (Month, Day, Year)
_____                        _____
      (Insured)                                  (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____
                           (Name)           (Phone)
as his/her competent and disinterested appraiser. (Address)

The Insurance Company hereby selects __John Chianese__   __828-779-2270__
                                        (Name)           (Phone)
__47 Cherokee Trail   Fletcher, NC   28732__
as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____
      (Appraiser)

_____
      (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____
                                                                        (Year)

_____
      (Notary Public)

S-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Coxs Paradise LLC__
and __All America Insurance Company__ (insured)
(Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ (Peril) loss on __May 20, 2011__ (Month, Day, Year)
to the insured item(s) item(s): __building - Question to related wind, pre-existing and cost of repairs for direct damage.__
located at __185 Hwy 45 W, Humboldt, TN__
(Address of Insured Dwelling)
__8629647__ and insured by Policy Number
_____, effective __4/1/11__ to __4/1/12__
(Month, Day, Year)   (Month, Day, Year)

(Insured)                                (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____
(Name)           (Phone)
as his/her competent and disinterested appraiser. _____
(Address)

The Insurance Company hereby selects __John Chianese__  __828-779-2270__
(Name)         (Phone)
__47 Cherokee Trail   Fletcher, NC   28732__
as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____
(Appraiser)

_____
(Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____.
                                                                    (Year)

_____
(Notary Public)

5-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Coxs Paradise LLC__
and __All America Insurance Company__
(Insurance Company) / (insured) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ (Peril) loss on __May 20, 2011__ (Month, Day, Year) to the insured item(s): __building – Question to related wind, pre-existing and cost of repairs for direct damage.__
located at __179 Hwy 45 W Humboldt, TN__ (Address of Insured Dwelling) and insured by Policy Number __8629647__, effective __4/1/11__ to __4/1/12__,

_(Insured)_  _(Insurance Company)_

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

## APPRAISER APPOINTMENTS

The insured hereby selects _____ (Name) _____ (Phone)
as his/her competent and disinterested appraiser. _____ (Address)

The Insurance Company hereby selects __John Chianese__   __828-779-2270__
__47 Cherokee Trail   Fletcher, NC  28732__
as its competent and disinterested appraiser. (Address)

## DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

## DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

__John A. Chianese__
(Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____ (Year).

_____ (Notary Public)

5-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__
and __All America Insurance Company__ _(insured)_
(Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ (Peril) loss on __May 20, 2011__ (Month, Day, Year)
to the insured item(s) item(s): __building - Question to related wind, pre-existing and cost of repairs for direct damage.__
located at __2228 North Pkwy, Jackson, TN__ (Address of Insured Dwelling) and insured by Policy Number __8629647__, effective __4/1/11__ to __4/1/12__
(Month, Day, Year)              (Month, Day, Year)

_____ (Insured)                    _____ (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____
(Name)    (Phone)
as his/her competent and disinterested appraiser. _____
(Address)

The Insurance Company hereby selects __John Chianese__  __828-779-2270__
(Name)                         (Phone)
__47 Cherokee Trail, Fletcher, NC 28732__
as its competent and disinterested appraiser.    (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____
(Year)

_____ (Notary Public)

5-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__
_(insured)_
and __All America Insurance Company__
_(Insurance Company)_
that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ _(Peril)_ loss on __May 20, 2011__ _(Month, Day, Year)_
to the insured item(s): __building - Question to related wind, pre-existing and cost of repairs for direct damage.__
located at __58 Truck Center Dr., Jackson, TN Bldg 1,2,3,4__ _(Address of Insured Dwelling)_ and insured by Policy Number __8629647__, effective __4/1/11__ to __4/1/12__,

_(Insured)_    _(Insurance Company)_

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ _(Name)_ _____ _(Phone)_ _____
as his/her competent and disinterested appraiser. _(Address)_

The Insurance Company hereby selects __John Chianese__ _(Name)_ __828-779-2270__ _(Phone)_
__47 Cherokee Trail  Fletcher, NC  28732__ _(Address)_
as its competent and disinterested appraiser.

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ _(Appraiser)_

_____ _(Appraiser)_

Subscribed and sworn to before me this _____ day of _____, _____ _(Year)_

_____ _(Notary Public)_

5-1871 05/03



*Fulfilling the Promise Since 1876*

October 4, 2012

MR. FLINT COX
COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305-2202

RE:   INSURED: COXS PARADISE LLC
      POLICY#: 8629647
      DATE OF LOSS: 05 / 20 / 11

Dear Mr. Cox:

Enclosed are the appraisal forms signed by our appraiser, John Chianese. The property addresses for this claim are:

820 Lower Brownsville Rd., Jackson
132 Miller Dr., Jackson
2224 North Pkwy, Jackson

Please have your appraiser sign the enclosed forms to acknowledge their appointment and return. Please remember, the policy plainly states an appraiser is to be competent and impartial. Once we have confirmation of your appraiser, the two appraisers can begin working toward agreeing on an umpire. If the appraisers cannot agree on an umpire, one will have to be appointed by the court.

Please contact me if you have any questions.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
All America Insurance Company
PHONE:    (800)549-0213
FAX:      (800)877-2293
E-MAIL:   dbrown@central-insurance.com

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between ___Cox's Paradise LLC___
(Insured)
and ___All America Insurance Company___ that a disagreement exists as to the actual cash value, the
(Insurance Company)
amount of loss, or the cost or repair or replacement as a result of a ___wind___ loss on ___May 20, 2011___
(Peril)                                              (Month, Day, Year)
to the insured item(s) item(s): ___building - Questions to related wind, pre-existing and cost of repairs for direct damage.___
located at ___820 Lower Brownsville Rd., Jackson, TN___ and insured by Policy Number
(Address of Insured Dwelling)
___8629647___, effective ___4/1/11___ to ___4/1/12___.
(Month, Day, Year)   (Month, Day, Year)

___[signature]___                                      ___[signature]___
(Insured)                                              (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____
(Name)         (Phone)

as his/her competent and disinterested appraiser. _____
(Address)

The Insurance Company hereby selects ___John Chianese___   ___828-779-2270___
(Name)              (Phone)
___47 Cherokee Trail    Fletcher, NC   28732___
as its competent and disinterested appraiser.   (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

___[signature]___
(Appraiser)

_____
(Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____
(Year)

_____
(Notary Public)

S-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__ (Insured)
and __All America Insurance Company__ (Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ (Peril) loss on __May 20, 2011__ (Month, Day, Year) to the insured item(s): __building - Question to related wind, pre-exist-ing and cost of repairs for direct damage.__
located at __132 Miller Dr. Jackson, TN__ (Address of Insured Dwelling) and insured by Policy Number __8629647__, effective __4/1/11__ to __4/1/12__,

__(Insured)__    __(Insurance Company)__

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ (Name) _____ (Phone)
as his/her competent and disinterested appraiser. (Address)

The Insurance Company hereby selects __John Chianese__ (Name) __828-779-2270__ (Phone)
__47 Cherokee Trail Fletcher, NC 28732__
as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____ (Year).

_____ (Notary Public)

f-1871 05/01

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between __Cox's Paradise LLC__ (insured) and __All America Insurance Company__ (Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a __wind__ (Peril) loss on __May 20, 2011__ (Month, Day, Year) to the insured item(s): __building - Question to related wind, pre-existing and cost of repairs for direct damage.__ located at __2224 North Parkway, Jackson, TN__ (Address of Insured Dwelling) and insured by Policy Number __8629647__, effective __4/1/11__ to __4/1/12__,

_____ (Insured)    _____ (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ (Name) _____ (Phone) _____ (Address) as his/her competent and disinterested appraiser.

The Insurance Company hereby selects __John Chianese__ (Name)  __828-779-2270__ (Phone) __47 Cherokee Trail, Fletcher, NC 28732__ (Address) as its competent and disinterested appraiser.

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____ (Year).

_____ (Notary Public)

5-1871 05/01



*Fulfilling the Promise Since 1876*

October 4, 2012


MR. FLINT COX
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305



RE:   INSURED: COX MCCARVER LP
      POLICY#: 8882795
      DATE OF LOSS: 04 / 25 / 11
      RE: 71 WISTERIA ST., JACKSON, TN


Dear Mr. Cox:

Enclosed is the appraisal form signed by our appraiser, John Chianese.

Please have your appraiser sign the enclosed form to acknowledge their appointment and return. Please remember, the policy plainly states an appraiser is to be competent and impartial. Once we have confirmation of your appraiser, the two appraisers can begin working toward agreeing on an umpire. If the appraisers cannot agree on an umpire, one will have to be appointed by the court.

Please contact me if you have any questions.



Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:     (800)549-0213
FAX:       (800)877-2293
E-MAIL:    dbrown@central-insurance.com




CC:   John Chianese

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between **Cox M<sup>c</sup>Carver LP** (insured) and **Central Mutual Insurance Company** (Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a **wind** (Peril) loss on **Apr 25, 2011** (Month, Day, Year) to the insured item(s): **Building — Questions regard related wind damage, pre-exist and related repair cost**

located at **71 Wisteria St. Jackson, TN** (Address of Insured Dwelling) and insured by Policy Number **8882795**, effective **June 1 2010** to **June 1 2011**,

(Insured) (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____ (Name) (Phone)

as his/her competent and disinterested appraiser. (Address)

The Insurance Company hereby selects **John Chianese    828-779-2270** (Name) (Phone)

**47 Cherokee Trail, Fletcher, NC 28732**

as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____ (Year).

_____ (Notary Public)

S-1871 05/01



*Fulfilling the Promise Since 1876*

October 4, 2012

CCM ASSOCIATES LLC
C/O   FLINT COX
23 WEATHERFORD SQ
JACKSON, TN 38305

RE:    INSURED: CCM ASSOCIATES LLC
       POLICY#: 8877612
       DATE OF LOSS: 05 / 20 / 11
       RE: 2330 EASTEND DR., HUMBOLDT, TN

Dear Mr. Cox:

Enclosed is the appraisal form signed by our appraiser, John Chianese.

Please have your appraiser sign the enclosed form to acknowledge their appointment and return.  Please remember, the policy plainly states an appraiser is to be competent and impartial.  Once we have confirmation of your appraiser, the two appraisers can begin working toward agreeing on an umpire.  If the appraisers cannot agree on an umpire, one will have to be appointed by the court.

Please contact me if you have any questions.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:       (800)549-0213
FAX:         (800)877-2293
E-MAIL:      dbrown@central-insurance.com

CC:   John Chianese

## AGREEMENT FOR SUBMISSION TO APPRAISERS (COMMERCIAL)

It is hereby agreed, by and between ___CCM Associates LLC___
and ___Central Mutual Insurance Company___ (insured)
(Insurance Company) that a disagreement exists as to the actual cash value, the amount of loss, or the cost or repair or replacement as a result of a ___Wind___ loss on ___May 20, 2011___
(Peril) (Month, Day, Year)
to the insured item(s): ___Building – Questions regarding both related wind damage and cost of related repairs and pre-existing condition___
located at ___2330 Eastend Dr. Humboldt, TN___
(Address of Insured Dwelling)
___8877612___, and insured by Policy Number
effective ___8/13/10___ to ___8/13/11___
(Month, Day, Year)        (Month, Day, Year)

_____ (Insured)
_____ (Insurance Company)

Appraisal if we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser; and bear the other expenses of the appraisal and umpire equally. If there is an appraisal, we will still retain our right to deny the claim.

### APPRAISER APPOINTMENTS

The insured hereby selects _____
(Name)      (Phone)
_____
as his/her competent and disinterested appraiser. (Address)

The Insurance Company hereby selects ___John Chianese___ ___828-779-2270___
(Name)      (Phone)
___47 Cherokee Trail, Fletcher, NC 28732___
as its competent and disinterested appraiser. (Address)

### DUTIES OF APPRAISERS

1. Appraisers shall first select a competent and disinterested umpire. If they fail to agree either may request that selection be made by a judge of a court having jurisdiction.
2. Appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; if requested by Insured or Company, the appraisers shall also appraise (a) full replacement cost of the described property; (b) full cost of repair or replacement of loss (without deduction for depreciation); or (c) loss of business income.
3. If the appraisers fail to agree, they shall submit their differences only to the umpire.

### DECLARATION OF APPRAISERS

STATE OF _____

COUNTY OF _____

We, the undersigned, do solemnly swear that we will act with strict impartiality in making an appraisement and estimate of the values and loss upon the property hereinbefore mentioned, in accordance with the foregoing appointment, and that we will make a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgment. We are not related to the insured, either as creditors or otherwise, and are not interested in said property or the insurance thereon.

_____ (Appraiser)

_____ (Appraiser)

Subscribed and sworn to before me this _____ day of _____, _____.
(Year)

_____ (Notary Public)

5-1871 05/01