

*Fulfilling the Promise Since 1876*

August 16, 2011

COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305

RE: INSURED: COXS PARADISE LLC
     POLICY#: 8629647
     DATE OF LOSS: 05 / 20 / 11

Dear Mr. Cox:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

EXHIBIT #7

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy.  You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
All America Insurance Company
PHONE:  (800)549-0213
FAX:    (800)877-2293
E-MAIL: dbrown@central-insurance.com



**CENTRAL INSURANCE COMPANIES**

*Fulfilling the Promise Since 1876*

August 16, 2011


COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305-2202


RE:  INSURED: COXS PARADISE LLC
      POLICY#: 8629647
      DATE OF LOSS: 05 / 20 / 11


Dear Mr. Cox:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy.  You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
All America Insurance Company
PHONE:  (800)549-0213
FAX:    (800)877-2293
E-MAIL: dbrown@central-insurance.com



**CENTRAL
INSURANCE
COMPANIES**

*Fulfilling the Promise Since 1876*

August 16, 2011


FLINT & KAY COX
& COX PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305



RE:    INSURED: FLINT & KAY COX
       POLICY#: 8877538
       DATE OF LOSS: 05 / 20 / 11



Dear FLINT & KAY COX:

With respect to the reported loss of May 20, 2011, for wind and hail
damage to your properties at 235 Hwy 45 Bypass, Humboldt, TN, you are
hereby notified that the Central Mutual Insurance Company is reserving
its rights under the policy.  In investigating, adjusting or in any
other way acting or failing to act, does not waive any of the rights
the Company may have to deny coverage at any time during the
investigative process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1030 - Causes of Loss.  Page 1, B. Exclusions.
The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any
of the following:
"d.    1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent
defect or any quality in property that causes it to damage or destroy
itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or
secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by
centrifugal force. But if mechanical breakdown results in elevator
collision, we will pay for the loss or damage caused by that elevator
collision.
7) The following causes of loss to personal property:
a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or

6-1352 04/03

c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence
or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or
more.

3. We will not pay for loss or damage caused by or resulting from any
of the following. 3.a. through 3.c. But if an excluded cause of loss
that is listed in 3.a. through 3.c. results in a Covered Cause of Loss,
we will pay for the loss or damage caused by that Covered Cause of
Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction,
renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described
premises"


In addition, please refer to form CP 0010 – Building and Personal
Property Coverage Form.  Page 9 and 10 of 14 address Vacancy.  The form
states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term
vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that
tenant's interest in Covered Property, building means the unit or suite
rented or leased to the tenant. Such building is vacant when it does
not contain enough business personal property to conduct customary
operations.
b) When this policy is issued to the owner or general lessee of a
building, building means the entire building. Such building is vacant
unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-
lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered
vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more
than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the
following even if they are
Covered Causes of Loss:
a) Vandalism;
b) Sprinkler leakage, unless you have protected the system against
freezing;

c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in
b.1)a) through b.1)f) above, we will reduce the amount we would
otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof. If wind
or hail damage does not exist, the policy excludes interior water
damage. In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



CC:  THOMPSON & SMITH LLC



*Fulfilling the Promise Since 1876*

August 16, 2011


FLINT & KAY COX
& COX PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305


RE: INSURED: FLINT & KAY COX
     POLICY#: 8877538
     DATE OF LOSS: 05 / 20 / 11


Dear FLINT & KAY COX:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy.  You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:  (800)549-0213
FAX:    (800)877-2293
E-MAIL: dbrown@central-insurance.com



**CENTRAL
INSURANCE
COMPANIES** ®

*Fulfilling the Promise Since 1876*

August 16, 2011


COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305



RE:    INSURED: COXS PARADISE LLC
       POLICY#: 8629647
       DATE OF LOSS: 05 / 20 / 11


Dear Mr. Cox:

With respect to the reported loss of May 20, 2011, for wind and hail
damage to your properties at 179, 185, 219, 221 Hwy 45 W, Humboldt, TN,
2224 and 2228 North Parkway, Jackson, TN, 58 Truck Center Drive,
Jackson, TN, 820 Lower Brownsville Road, Jackson, TN and 132 Miller
Ave, Jackson, TN you are hereby notified that the Central Mutual
Insurance Company is reserving its rights under the policy.  In
investigating, adjusting or in any other way acting or failing to act,
does not waive any of the rights the Company may have to deny coverage
at any time during the investigative process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1030 - Causes of Loss.  Page 1, B. Exclusions.
The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any
of the following:
"d.    1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent
defect or any quality in property that causes it to damage or destroy
itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or
secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by
centrifugal force. But if mechanical breakdown results in elevator
collision, we will pay for the loss or damage caused by that elevator
collision.
7) The following causes of loss to personal property:

a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or
c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We will not pay for loss or damage caused by or resulting from any of the following. 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described premises"

In addition, please refer to form CP 0010 – Building and Personal Property Coverage Form.  Page 9 and 10 of 14 address Vacancy.  The form states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the following even if they are
Covered Causes of Loss:
a) Vandalism;

b) Sprinkler leakage, unless you have protected the system against freezing;
c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in b.1)a) through b.1)f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof.  If wind or hail damage does not exist, the policy excludes interior water damage.  In addition, there are questions regarding maintenance, repeated damage, and proper repairs and if any potentially covered damages occurred outside our policy period and for other material reasons.

The service of this notice does not waive or surrender any of your rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
All America Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com




CC:  THOMPSON & SMITH LLC



**CENTRAL**
**INSURANCE**
**COMPANIES**
®

*Fulfilling the Promise Since 1876*

August 16, 2011


CCM ASSOCIATES LLC
C/O  FLINT COX
23 WEATHERFORD SQ
JACKSON, TN 38305



RE:    INSURED: CCM ASSOCIATES LLC
       POLICY#: 8877612
       DATE OF LOSS: 05 / 20 / 11



Dear Mr. Cox:

With respect to the reported loss of May 20, 2011, for wind and hail
damage to your property at 2330 Eastend Dr., Humboldt, TN, you are
hereby notified that the Central Mutual Insurance Company is reserving
its rights under the policy.  In investigating, adjusting or in any
other way acting or failing to act, does not waive any of the rights
the Company may have to deny coverage at any time during the
investigative process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1030 – Causes of Loss.  Page 1, B. Exclusions.
The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any
of the following:
"d.   1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent
defect or any quality in property that causes it to damage or destroy
itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or
secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by
centrifugal force. But if mechanical breakdown results in elevator
collision, we will pay for the loss or damage caused by that elevator
collision.
7) The following causes of loss to personal property:
a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or

c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence
or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or
more.

3. We will not pay for loss or damage caused by or resulting from any
of the following. 3.a. through 3.c. But if an excluded cause of loss
that is listed in 3.a. through 3.c. results in a Covered Cause of Loss,
we will pay for the loss or damage caused by that Covered Cause of
Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction,
renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described
premises"

In addition, please refer to form CP 0010 – Building and Personal
Property Coverage Form.  Page 9 and 10 of 14 address Vacancy.  The form
states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term
vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that
tenant's interest in Covered Property, building means the unit or suite
rented or leased to the tenant. Such building is vacant when it does
not contain enough business personal property to conduct customary
operations.
b) When this policy is issued to the owner or general lessee of a
building, building means the entire building. Such building is vacant
unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-
lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered
vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more
than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the
following even if they are
Covered Causes of Loss:
a) Vandalism;
b) Sprinkler leakage, unless you have protected the system against
freezing;

c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in
b.1)a) through b.1)f) above, we will reduce the amount we would
otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



CC:  THOMPSON & SMITH LLC



## CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

August 16, 2011


FLINT & KAY COX
& COX PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305



RE:     INSURED: FLINT & KAY COX
        POLICY#: 8877538
        DATE OF LOSS: 05 / 20 / 11



Dear FLINT & KAY COX:

With respect to the reported loss of May 20, 2011, for wind and hail
damage to your properties at 235 Hwy 45 Bypass, Humboldt, TN, you are
hereby notified that the Central Mutual Insurance Company is reserving
its rights under the policy.  In investigating, adjusting or in any
other way acting or failing to act, does not waive any of the rights
the Company may have to deny coverage at any time during the
investigative process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1030 – Causes of Loss.  Page 1, B. Exclusions.
The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any
of the following:
"d.    1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent
defect or any quality in property that causes it to damage or destroy
itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or
secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by
centrifugal force. But if mechanical breakdown results in elevator
collision, we will pay for the loss or damage caused by that elevator
collision.
7) The following causes of loss to personal property:
a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or

c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We will not pay for loss or damage caused by or resulting from any of the following. 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described premises"


In addition, please refer to form CP 0010 – Building and Personal Property Coverage Form. Page 9 and 10 of 14 address Vacancy. The form states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the following even if they are
Covered Causes of Loss:
a) Vandalism;
b) Sprinkler leakage, unless you have protected the system against freezing;

c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in
b.1)a) through b.1)f) above, we will reduce the amount we would
otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



CC:  THOMPSON & SMITH LLC



**CENTRAL
INSURANCE
COMPANIES** ®

*Fulfilling the Promise Since 1876*

March 19, 2012


MR FLINT COX
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:  INSURED: COX MCCARVER LP
     POLICY#: 8872515
     DATE OF LOSS: 04 / 25 / 11


Dear Mr. Cox:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy. You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE: (800)549-0213
FAX:   (800)877-2293
E-MAIL: dbrown@central-insurance.com



**CENTRAL INSURANCE COMPANIES**

*Fulfilling the Promise Since 1876*

August 16, 2011


CCM ASSOCIATES LLC
C/O  FLINT COX
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:    INSURED: CCM ASSOCIATES LLC
       POLICY#: 8877612
       DATE OF LOSS: 05 / 20 / 11


Dear Mr. Cox:

With respect to the reported loss of May 20, 2011, for wind and hail damage to your property at 2330 Eastend Dr., Humboldt, TN, you are hereby notified that the Central Mutual Insurance Company is reserving its rights under the policy. In investigating, adjusting or in any other way acting or failing to act, does not waive any of the rights the Company may have to deny coverage at any time during the investigative process.

This Reservation of Rights is being made because of questions of applicable coverage.  The policy names the perils which are covered. If a peril is not named, no coverage exists for damages or problems. Please refer to form CP 1030 - Causes of Loss.  Page 1, B. Exclusions. The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any of the following:
"d.    1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.
7) The following causes of loss to personal property:
a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or

c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We will not pay for loss or damage caused by or resulting from any of the following. 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described premises"


In addition, please refer to form CP 0010 – Building and Personal Property Coverage Form.  Page 9 and 10 of 14 address Vacancy.  The form states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the following even if they are
Covered Causes of Loss:
a) Vandalism;
b) Sprinkler leakage, unless you have protected the system against freezing;

c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in
b.1)a) through b.1)f) above, we will reduce the amount we would
otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



CC:  THOMPSON & SMITH LLC



**CENTRAL
INSURANCE
COMPANIES** ®

*Fulfilling the Promise Since 1876*

August 16, 2011


CCM ASSOCIATES LLC
C/O  FLINT COX
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:  INSURED: CCM ASSOCIATES LLC
     POLICY#: 8877612
     DATE OF LOSS: 05 / 20 / 11


Dear CCM ASSOCIATES LLC:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy.  You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:  (800)549-0213
FAX:    (800)877-2293
E-MAIL: dbrown@central-insurance.com





**CENTRAL
INSURANCE
COMPANIES**

*Fulfilling the Promise Since 1876*

August 4, 2011


MS. MARTHA SHOPHER
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:    INSURED: COX MCCARVER LP
       POLICY#: 8882795
       DATE OF LOSS: 04 / 25 / 11
       LOCATION: 71 WISTERIA ST., JACKSON, TN

Dear Ms. Shopher:

With respect to the reported loss of April 25, 2011, for wind and hail
damage to your property at 71 Wisteria St., Jackson, TN, you are hereby
notified that the Central Mutual Insurance Company is reserving its
rights under the policy.  In investigating, adjusting or in any other
way acting or failing to act, does not waive any of the rights the
Company may have to deny coverage at any time during the investigative
process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1010 - Causes of Loss.  Page 1 begins listing
the covered perils.  The form states the following regarding wind and
hail:

"4. Windstorm or Hail, but not including:
a. Frost or cold weather;
b. Ice (other than hail), snow or sleet, whether driven by wind or not;
or
c. Loss or damage to the interior of any building or structure, or the
property inside the building or structure, caused by rain, snow, sand
or dust, whether driven by wind or not, unless the building or
structure first sustains wind or hail damage to its roof or walls
through which the rain, snow, sand or dust enters"

On page 3, the form states the following:

"2. We will not pay for loss or damage caused by or resulting from:
f. Neglect of an insured to use all reasonable means to save and
preserve property from further damage at and after the time of loss."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com




CC:  THOMPSON & SMITH LLC



**CENTRAL INSURANCE COMPANIES**

*Fulfilling the Promise Since 1876*

August 4, 2011


MS. MARTHA SHOPHER
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:    INSURED: COX MCCARVER LP
       POLICY#: 8882795
       DATE OF LOSS: 04 / 25 / 11
       LOCATION: 71 WISTERIA ST., JACKSON, TN


Dear Ms. Shopher:

With respect to the reported loss of April 25, 2011, for wind and hail
damage to your property at 71 Wisteria St., Jackson, TN, you are hereby
notified that the Central Mutual Insurance Company is reserving its
rights under the policy.  In investigating, adjusting or in any other
way acting or failing to act, does not waive any of the rights the
Company may have to deny coverage at any time during the investigative
process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1010 - Causes of Loss.  Page 1 begins listing
the covered perils.  The form states the following regarding wind and
hail:

"4. Windstorm or Hail, but not including:
a. Frost or cold weather;
b. Ice (other than hail), snow or sleet, whether driven by wind or not;
or
c. Loss or damage to the interior of any building or structure, or the
property inside the building or structure, caused by rain, snow, sand
or dust, whether driven by wind or not, unless the building or
structure first sustains wind or hail damage to its roof or walls
through which the rain, snow, sand or dust enters"

On page 3, the form states the following:

"2. We will not pay for loss or damage caused by or resulting from:
f. Neglect of an insured to use all reasonable means to save and
preserve property from further damage at and after the time of loss."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



CC:  THOMPSON & SMITH LLC



*Fulfilling the Promise Since 1876*

August 4, 2011


MS. MARTHA SHOPHER
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305


RE:  INSURED: COX MCCARVER LP
     POLICY#: 8882795
     DATE OF LOSS: 04 / 25 / 11
     LOCATION: 71 WISTERIA ST., JACKSON, TN

Dear Ms. Shopher:

This will acknowledge receipt of your claim for damage to your structure. Under Title 56 of the Tennessee code, it is our duty to advise you of certain rights you have during the handling of this claim.  You have the right to:

1. Receive quality repair work to restore the damages to your property.

2. Have repairs made by a contractor of your choice understanding the contractor is hired by you and that the contractor does not work for or at the direction of the insurance company.

3. Receive a copy of the insurance policy free of charge upon request.

4. Be informed of the need to file a proof of loss, if required.

5. Receive the name, phone number and address of the claim representative handling the loss.

6. Receive a detailed estimate of the scope of damage and costs of repairs. If the contractor has questions concerning the insurance company's estimate, you or your contractor should contact the claim representative directly.

7. File supplemental claims as the need arises.

8. File a complaint with the Department of Commerce and Insurance by calling the Policyholder Service Section at 1-800/342-4029 if you are unable to work out an agreement with the claim representative, agent and the company.

Please be aware that nothing in this notice is intended to amend or replace any part of your insurance policy. You should thoroughly read and examine your insurance policy for full details relating to your policy coverages, exclusions and conditions, and a full description of your rights under the policy.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:  (800)549-0213
FAX:    (800)877-2293
E-MAIL: dbrown@central-insurance.com



*Fulfilling the Promise Since 1876*

August 4, 2011

MS. MARTHA SHOPHER
COX MCCARVER LP
23 WEATHERFORD SQ
JACKSON, TN 38305

RE:    INSURED: COX MCCARVER LP
       POLICY#: 8882795
       DATE OF LOSS: 04 / 25 / 11

       LOCATION: 71 WISTERIA ST., JACKSON, TN

Dear Ms. Shopher:

Please provide us a copy of the lease and/or leases that have existed
for 71 Wisteria St. for the last 4 years.

Please contact me if you have any questions.

Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
Central Mutual Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com



**CENTRAL
INSURANCE
COMPANIES**

*Fulfilling the Promise Since 1876*

August 16, 2011


COXS PARADISE LLC
23 WEATHERFORD SQ
JACKSON, TN 38305




RE:     INSURED: COXS PARADISE LLC
        POLICY#: 8629647
        DATE OF LOSS: 05 / 20 / 11


Dear Mr. Cox:

With respect to the reported loss of May 20, 2011, for wind and hail
damage to your properties at 179, 185, 219, 221 Hwy 45 W, Humboldt, TN,
2224 and 2228 North Parkway, Jackson, TN, 58 Truck Center Drive,
Jackson, TN, 820 Lower Brownsville Road, Jackson, TN and 132 Miller
Ave, Jackson, TN you are hereby notified that the Central Mutual
Insurance Company is reserving its rights under the policy.  In
investigating, adjusting or in any other way acting or failing to act,
does not waive any of the rights the Company may have to deny coverage
at any time during the investigative process.

This Reservation of Rights is being made because of questions of
applicable coverage.  The policy names the perils which are covered.
If a peril is not named, no coverage exists for damages or problems.
Please refer to form CP 1030 – Causes of Loss.  Page 1, B. Exclusions.
The form states the following on page 2 of 8:

"2. We will not pay for loss or damage caused by or resulting from any
of the following:
"d.   1) Wear and tear;
2) Rust or other corrosion, decay, deterioration, hidden or latent
defect or any quality in property that causes it to damage or destroy
itself;
3) Smog;
4) Settling, cracking, shrinking or expansion;
5) Nesting or infestation, or discharge or release of waste products or
secretions, by insects, birds, rodents or other animals.
6) Mechanical breakdown, including rupture or bursting caused by
centrifugal force. But if mechanical breakdown results in elevator
collision, we will pay for the loss or damage caused by that elevator
collision.
7) The following causes of loss to personal property:

a) Dampness or dryness of atmosphere;
b) Changes in or extremes of temperature; or
c) Marring or scratching.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of
humidity, moisture or vapor, that occurs over a period of 14 days or more.

3. We will not pay for loss or damage caused by or resulting from any of the following. 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:
1) Planning, zoning, development, surveying, siting;
2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
3) Materials used in repair, construction, renovation or remodeling; or
4) Maintenance; of part or all of any property on or off the described premises"

In addition, please refer to form CP 0010 – Building and Personal Property Coverage Form.  Page 9 and 10 of 14 address Vacancy.  The form states the following:
"6. Vacancy
a. Description Of Terms
1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1)a) and 1)b) below:
a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or
ii) Used by the building owner to conduct customary operations.
2) Buildings under construction or renovation are not considered vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
1) We will not pay for any loss or damage caused by any of the following even if they are
Covered Causes of Loss:
a) Vandalism;

b) Sprinkler leakage, unless you have protected the system against
freezing;
c) Building glass breakage;
d) Water damage;
e) Theft; or
f) Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in
b.1)a) through b.1)f) above, we will reduce the amount we would
otherwise pay for the loss or damage by 15%."

There is question as to wind and/or hail damage to the roof.  If wind
or hail damage does not exist, the policy excludes interior water
damage.  In addition, there are questions regarding maintenance,
repeated damage, and proper repairs and if any potentially covered
damages occurred outside our policy period and for other material
reasons.

The service of this notice does not waive or surrender any of your
rights under the policy.


Sincerely,

David Brown, C.P.C.U., A.I.C.
Sr Property Claim Specialist
All America Insurance Company
PHONE:      (800)549-0213
FAX:        (800)877-2293
E-MAIL:     dbrown@central-insurance.com




CC:  THOMPSON & SMITH LLC