**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANIES and ALL AMERICAN INSURANCE COMPANIES, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | No. 1:14-CV-02459-SHL-tmp |
| FLINT AND KAY COX; COX'S PARADISE, LLC; CCM ASSOCIATES, LLC and COX-MCCARVER, LP, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 01), filed June 20, 2014. After hearing from both parties, the Court granted Defendant's Motion to Dismiss (ECF No. 16) on October 7, 2014.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order Granting Motion to Dismiss (ECF No. 38), filed October, 7, 2014, all claims by Plaintiff against Defendant are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE

October 7, 2014
Date