# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MIDDLESEX INSURANCE COMPANY** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO.: 2:21-cv-02524-JTF-cgc |
| **COX'S PARADISE, LLC** | **DEFENDANT** |

## UNOPPOSED MOTION TO COMPEL APPRAISAL

COMES NOW the Defendant, Cox's Paradise, LLC, by and through counsel, and respectfully moves this Court for entry of an Order compelling the parties to proceed with an appraisal of the loss, as mandated by the subject insurance policy. In support, the Defendant relies on its Memorandum filed contemporaneously herewith and the entire record in this cause.

Moreover, pursuant to Local Rule 7.2(a)(B), J. Wesley Hisaw, counsel for Defendant, consulted with counsel for Plaintiff via telephone on September 29, 2022, concerning the present Motion. Counsel for the Plaintiff advised that the Plaintiff does not oppose this Motion.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully requests that this Court enter an compelling the parties to proceed with an appraisal of the loss and staying the case pending the outcome of the appraisal.

Respectfully submitted,

/s/ *J. Wesley Hisaw*_____
J. Wesley Hisaw (BPR 024991)
Holland & Hisaw
3010 Goodman Road West, Suite A
Post Office Box 256
Horn Lake, Mississippi 38637
Phone:  662-342-1333
Fax:      662-342-7321

## CERTIFICATE OF SERVICE

I, J. Wesley Hisaw, attorney for the Defendant, in the above styled and numbered cause, do hereby certify that I have filed the following pleading with the Court's ECF system which sent notice to:

**Seth T. Hunter, Esq.**
**Brenen Ely, Esq.**
**Lauren A. Wiggins, Esq.**
**Ely & Isenberg, LLC**
**3500 Blue Lake Drive, Suite 345**
**Birmingham, Alabama 35243**

This the 12th day of October, 2022.

/s/ *J. Wesley Hisaw*_____
**J. Wesley Hisaw, BPR 024991**
**Certifying Attorney**

## CERTIFICATE OF CONSULTATION

I, J. Wesley Hisaw, attorney for the Defendant, in the above styled have consulted with opposing counsel regarding this motion and the same is unopposed.

/s/ *J. Wesley Hisaw*
**J. Wesley Hisaw, BPR 024991**
**Certifying Attorney**