IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MIDDLESEX INSURANCE COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02524-JTF-cgc |
| ) | |
| **COX'S PARADISE, LLC,** ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO COMPEL APPRAISAL**

Before the Court is Defendant Cox's Paradise, LLC's Unopposed Motion to Compel Appraisal, filed on October 12, 2022. (ECF No. 43.) The Motion seeks enforcement of the Middlesex Insurance policy's mandatory appraisal clause. (ECF No. 44, 5.) The Court finds that the Motion is well-taken and shall be **GRANTED**. Accordingly, the parties shall proceed with an appraisal of the loss. The Court hereby **STAYS** this matter pending the outcome of the appraisal. However, the Parties are required to file with the Court a status update regarding progression of the appraisal ninety (90) days from the entry of this Order, and every ninety (90) days thereafter until the appraisal process is completed.

**IT IS SO ORDERED** on this 1st day of November, 2022.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE